WILLIAM H. MUDGE, Appellant, *v.* THE WEST END BREWING COMPANY, Respondent.

*Mudge* v. *West End Brewing Co.*, 145 App. Div. 28, affirmed.
(Argued January 10, 1913; decided January 28, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered June 1, 1911, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action by landlord against tenant to recover damages for breach of the conditions of a lease and also to recover damages alleged to have been occasioned through the conviction of a sub-lessee of defendant of allowing gambling on the leased premises which prevented plaintiff under the Liquor Law of the state from leasing the premises for a saloon for a period of eleven months from the expiration of defendant's lease.

*W. W. Wemple* and *Alonzo P. Strong* for appellant.

*Henry V. Borst* and *Edward D. Cutler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.